DONATO CASSANO, Plaintiff, *v.* GEORGE L. BROWN, Defendant.

First Department, December 1, 1911.

See head note in *Dippolito* v. *Brown* (*ante*, p. 116).

MOTION by the plaintiff, Donato Cassano, for a new trial upon a case containing exceptions, ordered to be heard at the

Appellate Division in the first instance upon the dismissal of the complaint by direction of the court on a trial at the New York Trial Term in April, 1911.

*Herbert C. Smyth* [*Samuel Mendelson* with him on the brief], *Weldon & Byrnes*, attorneys, for the plaintiff.

*Charles Adkins Baker*, for the defendant.

PER CURIAM:

For the reasons stated in *Dippolito* v. *Brown* (148 App. Div. 116), decided herewith, the exceptions are sustained and a new trial granted with costs to plaintiff to abide the event.

Present — INGRAHAM, P. J., CLARKE, SCOTT, MILLER and DOWLING, JJ.

Exceptions sustained and new trial granted, with costs to plaintiff to abide event. Order to be settled on notice.